UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : MAGISTRATE NO.: 19-9093

V. : CRIMINAL ACTION

*[signature]* : ORDER OF RELEASE

The Court orders the defendant, __Vivian Tower__, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Other: _____

__*[signature]*__  __06/6/19__
DEFENDANT         DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

__*[signature]*__
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

__6/6/19__
DATE

I hereby certify that the defendant was furnished (personally) a copy of this order and a notice of penalties applicable to violation of conditions of release.

__*[signature]*__
U.S. PRETRIAL SERVICES OFFICER